NUMBER 13-07-00695-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GRACIELA S. ROBLES, Appellant,


v.



CHRISTUS SPOHN HOSPITAL KLEBERG A/K/A 

CHRISTUS SPOHN HEALTH SYSTEM CORPORATION, Appellee.

_____________________________________________________________


On Appeal from the 105th District Court 


of Kleberg County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam


 Appellant, Graciela Robles, pro se, perfected an appeal from a summary judgment
rendered against her in favor of appellee, Christus Spohn Hospital Kleberg a/k/a Christus
Spohn Health System Corporation ("Christus Spohn"). On January 4, 2008, and again on
February 4, 2008, the Clerk of this Court notified appellant that the clerk's record in the
above cause was originally due on December 10, 2007, and that the Deputy District Clerk
of Kleberg County, Lula Belle Smart, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record. The Clerk of this Court notified appellant
of this defect so that steps could be taken to correct the defect, if it could be done. See
Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of prosecution. Appellant failed to respond to the Court's notices. 
Christus Spohn has now filed a motion to dismiss this appeal for want of prosecution. 

 The Court, having considered the documents on file and Christus Spohn's motion
to dismiss, is of the opinion that the motion should be granted. See id. 37.3, 42.3(b),(c). 
Accordingly, the motion to dismiss is GRANTED and the appeal is DISMISSED for want
of prosecution. 


 PER CURIAM


Memorandum Opinion delivered 

and filed this the 20th day of March, 2008.